EXCELL CASE COMPANY

v.

Vera R. McGREERY.

No. 84–6–A.

Supreme Court of Rhode Island.

June 28, 1984.

Joel K. Gerstenblatt, Providence, for plaintiff.

Peter S. Haydon, Providence, for defendant.

## ORDER

The employer's motion to affirm the decree of the Appellate Commission pursuant to Rule 16(g) is hereby granted.

MURRAY, J., did not participate.